IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED CONSUMERS CLUB, INC. AND DIRECTBUY, INC., | : : : : : : : : : : : | No. 2:07 CV 358 Judge Joseph Van Bokkelen Magistrate Judge Andrew Rodovich  No. 3:08 CV 60 |
| Plaintiffs, | | |
| vs. | | |
| PRIME TIME MARKETING MANAGEMENT, INC., et al. | | |
| Defendants. | | |

**PLAINTIFFS' MOTION FOR
JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Brief in Support, Plaintiffs United Consumers Club, Inc. ("UCC") and DirectBuy, Inc. ("DirectBuy") (collectively, "DirectBuy"), request that this Court enter judgment in their favor as to: (1) all counts asserted by Defendant Prime Time Marketing Management, Inc. ("Prime Time") in the Amended Counterclaim filed in Case No. 2:07-CV-358 and (2) Counts One, Two, There, Four, Five, Six, Seven, Eight, Nine, Ten, and Twelve, asserted by Prime Time in the Amended Complaint with Jury Demand filed in Case No. 3:08-CV-60.[1]

Each of Prime Time's claims either fail to set forth plausible claims for relief, are specifically precluded by the Franchise Agreement or are precluded by clearly established Ohio law. Prime Time attempts to cover up these deficiencies by repeating conclusory, baseless allegations that DirectBuy received "secret kickbacks" and plotted to punish and destroy Prime

---

[1] On January 2, 2009, the Court dismissed Count Eleven (Doc. # 166), so DirectBuy does not address that Count in this motion. For purposes of the instant Motion, the references to Prime Time's claims are those asserted and numbered in the Amended Counterclaim.

1

1051160.3

Time. Despite its dramatic rhetoric, none of Prime Time's allegations entitle it to relief. Accordingly, DirectBuy respectfully requests this Court enter judgment in its favor on all of Prime Time's remaining allegations.

Dated this 8th day of December, 2009.    UNITED CONSUMERS CLUB, INC. and DIRECTBUY, INC.

By: /s/ James A. Dyer
James A. Dyer
Scott S. Davies
SEBALY SHILLITO + DYER
A Legal Professional Association
1900 Kettering Tower
Dayton, Ohio 45423
Phone: 937/222-2500
Fax: 937/222-6554
Email: jdyer@ssdlaw.com

*Co-Counsel:*
C. Joseph Yast, General Counsel
DirectBuy, Inc.
8450 Broadway
Merrillville, IN 46410
Phone: 219/648-7337
Fax: 219/648-7339
Email: jyast@directbuy.com

## **CERTIFICATE OF SERVICE**

  I certify that a true copy of the foregoing document was filed and served electronically by the Court's ECF system on December 8, 2009, upon:

| | |
|---|---|
| Craig T. Matthews, Esq. | David M. Deutsch, Esq. |
| Craig T. Matthews and Associates | David M. Deutsch Co., LPA |
| 320 Regency Ridge Drive | 130 West Second Street, Suite 310 |
| Centerville OH  45459 | Dayton OH 45402 |
| Co-Counsel for Defendants | Co-Counsel for Defendants |

                /s/   James A. Dyer
                James A. Dyer

1051160.3