# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED CONSUMERS CLUB, INC. ) | |
| and DIRECTBUY, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-CV-358 JVB |
| ) | |
| PRIME TIME MARKETING ) | |
| MANAGEMENT, INC, DELL ) | |
| CRAAYBEEK, and BRENDA ) | |
| CRAAYBEEK, ) | |
| ) | |
| Defendants. ) | |

**OPINION AND ORDER**

This matter is before the Court on Defendant Prime Time Marketing Management, Inc.'s Motion for Partial Summary Judgment [DE 213]. Because discovery has not yet been closed in this case, the Court now DENIES the motion without prejudice. No party shall file a dispositive motion, other than a motion to dismiss, until discovery has closed and this Court has held a scheduling conference to set the trial date and deadlines for dispositive motions.

SO ORDERED on August 23, 2010.

      s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE
HAMMOND DIVISION